WWR# 041425222

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI
AT KANSAS CITY

| | |
|---|---|
| IN RE: | CASE NO. 23-41012-drd13 |
| ADAM THOMAS REBOTTARO | CHAPTER 13 |
| VANESSA DOLORES REBOTTARO | JUDGE CYNTHIA A. NORTON |
| DEBTOR(S) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Now comes Weltman, Weinberg and Reis Co., L.P.A., and hereby enters its appearance as agent for creditor, ALLIANT CREDIT UNION.

Please send all further communications, pleadings, court notices, and other documents intended for ALLIANT CREDIT UNION to undersigned agent.

Respectfully submitted,
Weltman, Weinberg & Reis Co. LPA

/s/ GARRY MASTERSON
GARRY MASTERSON
Agent for Creditor
965 KEYNOTE CIRCLE
BROOKLYN HEIGHTS, OH 44131
877-338-9484
bronationalecf@weltman.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Appearance was served on the following registered ECF Participants, **electronically** through the court's ECF System at the email address registered with the court and by **ordinary U.S. Mail** on 21st day of March, 2024 addressed to:

ERRIN P STOWELL, Attorney for Debtor
Bankruptcy@wagonergroup.com

RICHARD FINK, Trustee
2345 GRAND BLVD STE 1200
KANSAS CITY, MO 64108
info@wdmo13.com

OFFICE OF THE UNITED STATES TRUSTEE @ usdoj.gov

ADAM THOMAS REBOTTARO
1318 AMESBURY AVENUE
LIBERTY, MO 64068

VANESSA DOLORES REBOTTARO
1318 AMESBURY AVENUE
LIBERTY, MO 64068

    Respectfully submitted,
    Weltman, Weinberg & Reis Co. LPA

    /s/ GARRY MASTERSON
    GARRY MASTERSON
    Agent for Creditor
    965 KEYNOTE CIRCLE
    BROOKLYN HEIGHTS, OH 44131
    877-338-9484
    bronationalecf@weltman.com